UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| EUGENE GROAT, | ) |
| Plaintiff, | ) Case No. 1:05-cv-394 |
| v. | ) Honorable David W. McKeague[*] |
| MICHIGAN STATE TREASURER, | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED as frivolous pursuant to 28 U.S.C. § 1915A for lack of subject matter jurisdiction.

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This is a dismissal as described by 28 U.S.C. § 1915(g).


Dated:     August 24, 2005           /s/ David W. McKeague
                                     David W. McKeague
                                     United Stated Circuit Judge

---

[*]Hon. David W. McKeague, United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.